**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ansson Conrad** | Social Security number or ITIN **xxx–xx–5881** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–70296–JAD** | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ansson Conrad

9/6/17                                                                  **By the court:**   Jeffery A. Deller
                                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                                  Case No. 17-70296-JAD
Ansson Conrad                                                           Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: admin                  Page 1 of 1           Date Rcvd: Sep 06, 2017
                              Form ID: 318                 Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
db             +Ansson Conrad,    1145 4th Avenue,    Duncansville, PA 16635-1308
14402442        CACH, LLC,    P.O. Box 5980,    Denver, CO 80127
14402445       +Lending Club,    21 Stevenson Suite 300,    San Francisco, CA 94105-2706
14402446       +Mariner Finance,    8211 Town Center Drive,    Nottingham, MD 21236-5904
14402449        Quicken Loans,    1050 Wordward Aveue,    Detroit, MI
14402450       +Springleaf/One Main,    1228 Pleasant Valley Blvd.,    Altoona, PA 16602-4742
14402453       +Velocity Portfolio Group,    1800 Route 34N,    Suite 404A,    Wall, NJ 07719-9147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJRWALSH.COM Sep 07 2017 04:18:00      James R. Walsh,
                 Spence, Custer,Saylor,Wolfe & Rose, LLC,    1067 Menoher Boulevard,    Johnstown, PA 15905-2545
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2017 04:18:54       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA    17128-0946
14402441       +E-mail/Text: bk@avant.com Sep 07 2017 04:19:22      Avant,    222 N. LaSalle Street, Suite 1700,
                 Chicago, IL 60601-1101
14402443       +EDI: CAPITALONE.COM Sep 07 2017 04:18:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14402444       +EDI: CHASE.COM Sep 07 2017 04:18:00      Chase Bank,    P.O. Box 15298,
                 Wilmington, DE 19850-5298
14402447       +EDI: AGFINANCE.COM Sep 07 2017 04:18:00      One Main Financial,    6801 Colwell Blvd.,
                 Irving, TX 75039-3198
14402448        EDI: PRA.COM Sep 07 2017 04:18:00      Portfolio Recovery,    120 Corporate Blvd.,
                 Norfolk, VA 23502
14402924       +EDI: PRA.COM Sep 07 2017 04:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14402451       +EDI: RMSC.COM Sep 07 2017 04:18:00      Synchrony Bank/Pay Pal,    P.O. Box 965005,
                 Orlando, FL 32896-5005
14402452       +EDI: RMSC.COM Sep 07 2017 04:18:00      Synchrony Bank/Walmart,    P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2017 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          James R. Huff, II    on behalf of Debtor Ansson   Conrad jhuff@sfshlaw.com
          James R. Walsh    jwalsh@spencecuster.com,
           trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;lkinsey@spencecuster.co
           m;mskunta@spencecuster.com;jwalsh@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 4
```